# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:19-cv-01102-WMR
## Elia v. Cox Enterprises, Inc. et al
## Honorable William M Ray, II

Minute Sheet for proceedings held In Chambers on 07/25/2019.

TIME COURT COMMENCED: 2:40 P.M.
TIME COURT CONCLUDED: 3:10 P.M.
TIME IN COURT: 00:30
OFFICE LOCATION: Atlanta

COURT REPORTER: Wynette Blathers
DEPUTY CLERK: Jennifer Lee

| | |
|---|---|
| ATTORNEY(S) PRESENT: | William Wahlheim representing Aetna Life Insurance Company<br>William Wahlheim representing Cox Enterprises, Inc.<br>William Wahlheim representing Cox Welfare Benefits Plan<br>Jeffrey Warncke representing Richard Elia |
| PROCEEDING CATEGORY: | Telephone Conference(Other Proceeding Non-evidentiary); |
| MOTIONS RULED ON: | [29]Motion to Quash DENIED<br>[29]Motion for Protective Order DENIED<br>[42]Motion for Hearing TERMINATED<br>[44]Motion to Stay DENIED |
| MINUTE TEXT: | The Court will allow Plaintiff to conduct discovery to define Aetna's scope of its relationship with Reliable and the review process/treatment of similarly situated |

claimants. The Court DENIES the motion to quash and motion to stay. The Motion for a Status Conference is granted/terminated as moot by the proceedings today. Counsel requested a continuance of the August 23rd oral argument hearing; the Court will grant this request but directs counsel to file their leaves of absences on the docket.