# IN THE DISTRICT COURT OF
# THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **RICHARD ELIA,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )    **CIVIL ACTION FILE NO.** |
| | )    **1:19-cv-01102-WMR** |
| **COX ENTERPRISES, INC.,** | ) |
| **COX WELFARE BENEFITS** | ) |
| **PLAN, and AETNA LIFE** | ) |
| **INSURANCE COMPANY,** | ) |
| | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

NOW COME all parties, through their respective attorneys, and stipulate that the above-styled action shall be and is hereby dismissed with prejudice. Each party shall bear his/its own costs and expenses of litigation.

This 9th day of October, 2019.

Attorney for Plaintiff:                    Attorney for Defendant:

*s/ Jeffrey S. Warncke*                    *s/Alexander B. Feinberg*
Jeffrey S. Warncke                         Alexander B. Feinberg
Georgia Bar No.: 737850                    Georgia Bar No.: 066690

***Continued on Next Page***

EVANS WARNCKE ROBINSON
191 Peachtree St. NE, Suite 3980
Atlanta, GA 30303-1713
j.warncke@ewrlawfirm.com
P:  404.841.9400

MAYNARD COOPER &
GALE, P.C.
1901 Sixth Avenue North
Suite 2400 Regions/Harbert Plaza
Birmingham, AL 35203-1628
afeinberg@maynardcooper.com
P:  205.254.1000

**IN THE DISTRICT COURT OF
THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| **RICHARD ELIA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION FILE NO.:** |
| | ) | **1:19-CV-001102-WMR** |
| **COX ENTERPRISES, INC., and** | ) | |
| **COX WELFARE BENEFITS** | ) | |
| **PLAN,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on this date I have electronically filed the foregoing

*Stipulation of Dismissal with Prejudice* using the Court's ECF system, which will

automatically generate notice to:

Alexander B. Feinberg
William B. Wahlheim, Jr.
Maynard, Cooper & Gale, P.C.
1901 Sixth Avenue North
Suite 2400, Regions/Harbert Plaza
Birmingham, AL  35203-1628
afeinberg@maynardcooper.com
wwahlheim@maynardcooper.com
*Attorneys for Defendants*

This 9th day of October, 2019.

**EVANS WARNCKE ROBINSON, LLC**


By: */s Jeffrey S. Warncke*
     Jeffrey S. Warncke
     Georgia Bar No. 737850
     *Attorney for Plaintiff*


191 Peachtree Street, NE
Suite 3980
Atlanta, Georgia 30303
P:  404.841.9400
F:  888.738.5949
E:  j.warncke@ewrlawfirm.com

## CERTIFICATE OF TYPE SIZE COMPLIANCE

The foregoing pleading is prepared in Times New Roman, 14 point, in accordance with Local Rule 5.1C, ND GA and Standing Order No. 16-01.

Respectfully submitted, this the 9th day of October, 2019.

*/s/Jeffrey S. Warncke*
Jeffrey S. Warncke